IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

v.                                                                                 No. CIV 08-0942 RB/LAM
                                                                                     No. CR 05-0144 RB

**JERRY WAYNE TRAXLER,**

      **Defendant/Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 29*) (hereinafter "PF&RD"), filed on September 16, 2009. No party has filed objections to the PF&RD, and the deadline for doing so has passed. Accordingly, the Court has determined that it will adopt the PF&RD, granting in part and denying in part Mr. Traxler's motion for extension of time to file a reply, denying the § 2255 claims, denying Mr. Traxler's request for an evidentiary hearing, and dismissing the case with prejudice.

**IT IS THEREFORE HEREBY ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 29*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that the *Movant's Motion for Enlargement of Time* (*Doc. 26*) is **GRANTED IN PART** and **DENIED IN PART** as explained in the PF&RD (*Doc. 29*).

**IT IS FURTHER ORDERED** that the *Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody* (*Doc. 1*), along with its supplement, *Motion to Supplement 28 U.S.C. § 2255 That Movant Requested be Held in Abeyance* (*Doc. 12*), is **DENIED**.

**IT IS FURTHER ORDERED** that Mr. Traxler's *Motion for Evidentiary Hearing* (*Doc. 28*) is **DENIED**.

**IT IS FURTHER ORDERED** that this case, No. CIV 08-0942 RB/LAM be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**THE HONORABLE ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**